**Order entered July 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00193-CR

### JOSEPH KIM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-34581-U

## ORDER

Appellant, who was convicted of indecency with a child by sexual contact, filed his brief on June 18, 2019.  In the brief, appellant identifies the child victim by name.  This Court does not allow a party to file a brief that discloses the names of child victims, child witnesses, or any other children discussed or identified at trial in an indecency case.  *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed.").  Accordingly, we **STRIKE** appellant's June 18, 2019 brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies any child victim and any other child (including witnesses) either generically (for example, "victim" or "victim's younger sister") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

We **DIRECT** the Clerk to send copies of this order to Robert H. Rogers and to the Dallas County District Attorney.

/s/     BILL PEDERSEN, III
JUSTICE